ACCEPTED
03-14-00615-CR
3953040
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 3:31:49 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00615-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 3:31:49 PM
JEFFREY D. KYLE
Clerk

_____

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN DIVISION

_____

| | |
|---|---|
| **ALEXIS MARIE IRELAND** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

## APPELLANT'S MOTION FOR LEAVE TO FILE AMENDED BRIEF

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

## ATTORNEY FOR APPELLANT

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, ALEXIS MARIE IRELAND, who files this Motion for Leave to File Amended Brief, and shows unto the Court as follows:

## I.

Appellant's brief was due on or before January 28, 2015.

## II.

Appellant timely filed her brief.

## III.

After filing the brief, Appellant's counsel noticed the "Issues Presented" section erroneously contains a second issue, when only one issue is argued—and was intended to be argued—in the body of the brief.

## IV.

Appellant submitted an amended brief removing the second issue from the Issues Presented section, and asks the Court to grant this motion and file the amended brief.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court grant this motion and accept Appellant's amended brief for filing.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2015, a true and correct copy of the

Appellant's Motion for Leave to File Amended Brief was provided to counsel

below via eservice:

Bob Odom
Bell County District Attorney's Office
P.O. Box 540
Belton, Texas  76513
Email:  DistrictAttorney@co.bell.tx.us
        *Attorney for the State*


/s/ Justin Bradford Smith
Justin Bradford Smith